John Ashcroft CA B-02-96

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/17/02 |
| NAME OF SERVER (PRINT) Jodilyn Goodwin | TITLE Attorney |

③

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

JUL 1 2 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested 7000 1670 0005 2562 6395

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/02
         Date

Signature of Server

Address of Server
1322 E. Tyler Ave.
Harlingen, TX 78550

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft
950 Pennsylvania Ave. NW Ste 5111
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernesto D_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 2002

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
JUN - 4 2002

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7000 1670 0005 2562 6395

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530  UNIT ID: 0077  Postmark Here  Clerk: KMMH  05/17/02

Postage $ 1.03
Certified Fee 2.10
Return Receipt Fee (Endorsement Required) 1.50
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.63

Sent To John Ashcroft
Street, Apt No.; or PO Box No. 950 Pennsylvania Ave. NW Ste 5111
City, State, ZIP+4

7000 1670 0005 2562 6395