# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/17/02   CAB-02-96 |
| NAME OF SERVER (PRINT)  Jodilyn Goodwin | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

JUL 1 2 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): Certified Mail, Return Receipt Requested 7000 1670 0005 2562 6401

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/02
            Date

Signature of Server

Address of Server: 1322 E. Tyler Ave, Harlingen TX 78550

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney
PO Box 61129
Houston, TX 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 5-21-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAY 23 2002
LAW OFFICE OF

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0005 2562 6401

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
HOUSTON, TX 77208
UNIT ID: 0077
Postmark Here
Clerk: KHWH
05/17/02

Postage $ 0.80
Certified Fee 2.10
Return Receipt Fee (Endorsement Required) 1.50
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.39

Sent To: US Attorney
Street, Apt. No.; or PO Box No.: PO Box 61129
City, State, ZIP+4: Houston, TX 77208

7000 1670 0005 2562 6401