IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DOROTEO TAVIRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | B-02-096 |
| E.M. TROMINSKI, INS DISTRICT | ) | |
| DIRECTOR, and | ) | |
| JOHN ASHCROFT, ATTORNEY | ) | |
| GENERAL OF THE UNITED STATES, | ) | |
| | ) | |
| Respondents. | ) | |

RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to respond to the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief filed by the Petitioner.

The undersigned, who is responsible for and intimately involved with the case, has recently been hospitalized, having been released on July 4, 2002. Although recovering at home, she

has not been cleared to return to work full time. Because this case involves issues that may require significant research, the Respondents respectfully request an extension of time to prepare a proper response. The Return is due on July 16, 2002. The Respondents request a 60-day extension from the date an order is executed granting the request.

Petitioner's counsel, Jodi Goodwin, has been contacted regarding this request and expressed she would not be opposed to the extension of time to respond.

Based on the foregoing, the Respondents respectfully request an extension of time to file a Return in this matter for 60 days from the date an order is executed.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

July 12, 2002

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to Respond was mailed via first class mail, postage prepaid to:

>Jodi Goodwin, Esquire
>1322 E. Tyler Ave.
>Harlingen, TX 78550

on this 12th day of July, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney