IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DOROTEO TAVIRA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-02-096 |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to Respond filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have 60 days from the date this Order is executed to file a response.

Done this 16th day of July, 2002.

_____
**FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**

1