IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DOROTEO TAVIRA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-02-096 |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES, ) | |
| ) | |
| Respondents. ) | |
| ) | |

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner DOROTEO TAVIA with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: August 26, 2002

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

> Jodi Goodwin, Esquire
> 1322 E. Tyler Ave.
> Harlingen, TX 78550

on this 26th day of August, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

2