United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DOROTEO TAVIRA, | ) |
| | ) |
| | ) C.A. NO. B-02-096 |
| | ) |
| versus | ) |
| | ) |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, and | ) |
| JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL | ) |

**PETITIONER'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF PETITION FOR HABEAS CORPUS**

On October 1, 2002, this honorable Court issued an order directing the filing of briefs in the above matter. Petitioner was to file his brief setting forth all errors which he contends entitle him to relief by October 31, 2002.

Petitioner's counsel arranged her work schedule to be able to complete the brief on time, including all legal research and consulting with other attorneys knowledgeable in the area of immigration habeas cases. However, due to circumstances beyond counsel's control, there was insufficient time to complete the brief. After returning from a conference in San Antonio on Monday, October 28, 2002, counsel discovered that her new computer had completely "died." Erasmo Chapa, who has worked on counsel's computers for several years, spent all day Monday trying to fix the problem, and then finally took the computer to work on it into the night. On Tuesday, the computer was not fixed. With the hopes that the computer would be returned by Wednesday and that there would be time to complete the brief, counsel waited until today, the due date for the brief to request the extension. It is expected that the computer will be returned to

counsel by Friday, November 1, 2002.

Given that the majority of the research for this brief was already completed, counsel does not anticipate that much more time will be needed to complete the brief and file it with this Court. On October 31, 2002, counsel spoke with Francis Stewart, a clerk with the District Counsel's office of the INS. She phoned Ms. Lisa Putnam, the attorney for the INS who is currently hospitalized, and relayed to the undersigned that Ms. Putnam did not have any opposition to this motion.

Petitioner requests a brief continuance of 14 days to file the brief in support of his petition for habeas corpus.

WHEREFORE, Petitioner prays that this motion be granted and that the time period for filing his brief be extended for a period of 14 days.


Respectfully submitted,

_____
Jodi Goodwin, Esq.
Law Office of Jodi Goodwin
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar No: 00793835

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing motion was personally delivered to the SAUSA, Lisa Putnam, by hand delivery to USINS, 1709 Zoy Street, Harlingen, Texas 78550 on this the 31st day of October, 2002.

_____
Jodi Goodwin, Esq.