/2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 12 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DOROTEO TAVIRA | ) |
| | ) |
| | ) C.A. NO. B-02-096 |
| | ) |
| versus | ) |
| | ) |
| E.M. TROMINSKI, INS DISTRICT | ) |
| DIRECTOR, and | ) |
| JOHN ASHCROFT, UNITED STATES | ) |
| ATTORNEY GENERAL | ) |

**PETITIONER'S UNOPPOSED MOTION FOR LEAVE OF COURT TO LATE FILE PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME FILE BRIEF IN SUPPORT OF PETITION FOR HABEAS CORPUS**

On November 4, 2002, this honorable Court issued an order striking Petitioner's First Unopposed Motion for Extension fo Time to File Brief in Support of Petition for Habeas Corpus for failure to comply with Local Rule 7.1.C because no proposed order was attached to said motion. Petitioner now seeks leave of Court to file the request for an extension of time to file the brief, however has now complied with Local Rule 7.1.C.

Petitioner's counsel received the order striking the prior Motion on November 5, 2002 and attempted to make contact with Respondent's counsel, Ms. Lisa Putnam. Via Francis Stewart, Petitioner's counsel was able to confirm that Ms. Putnam was currently hospitalized and Ms. Stewart would discuss the matter of the extension with Ms. Putnam. On November 8, 2002, Petitioner's counsel was able to verify with Ms. Putnam via Ms. Stewart that Ms. Putnam did not have any opposition to either the request for leave of Court to late file or the request for the extension. In fact, Ms. Putnam indicated that she would join in such a motion because of her current situation being hospitalized.

When filing the original request for the extension on October 31, 2002, Petitioner's counsel hastily prepared the motion and simply overlooked the fact that no proposed order was attached. The error was unintentional and Petitioner's counsel acted quickly upon receiving the order striking the motion to rectify the situation. No prejudice will result to Respondent's if the Court grants this motion for leave of Court to late file the request for extension, however great prejudice would befall Petitioner.

WHEREFORE, Petitioner prays this motion be granted and that he be allowed to late file his request for extension of time to file the brief in support of the petition for habeas corpus.

Respectfully submitted,

_____
Jodi Goodwin, Esq.
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar No: 00793835

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was personally delivered to the SAUSA, Lisa, Putnam, by hand delivery to USINS, 1709 Zoy Street, Harlingen, Texas 78550 on this the 12th day of November, 2002.

_____
Jodi Goodwin, Esq.