UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DOROTEO TAVIRA | ) |
| | ) |
| | ) C.A. NO. B-02-096 |
| | ) |
| versus | ) |
| | ) |
| E.M. TROMINSKI, INS DISTRICT | ) |
| DIRECTOR, and | ) |
| JOHN ASHCROFT, UNITED STATES | ) |
| ATTORNEY GENERAL | ) |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME FILE BRIEF IN SUPPORT OF PETITION FOR HABEAS CORPUS**

On October 1, 2002, this honorable Court issued an order directing the filing of briefs in the above matter. Petitioner was to file his brief setting forth all errors which he contends entitle him to relief by October 31, 2002.

Petitioner's counsel arranged her work schedule to be able to complete the brief on time, including all legal research and consulting with other attorneys knowledgeable in this area of immigration habeas cases. However, due to circumstances beyond counsel's control, there was insufficient time to complete the brief. After returning from a conference in San Antonio on Monday, October 28, 2002, counsel discovered that her new computer has completely "died." Erasmo Chapa, who has worked on counsel's computers for several years, spent all day Monday trying to fix the problem, and then finally took the computer to work on it into the night. On Tuesday, the computer was not fixed. With the hopes that the computer would be returned by Wednesday and that there would be time to complete the brief, counsel waited until the due date of the brief, October 31, 2002, to request the extension. At the time of the original filing of this request, counsel expected to receive the computer by Friday, however it was not returned until

Tuesday, November 5, 2002. After making contact with Respondent's counsel, Ms. Lisa Putnam, Petitioner's counsel was made aware of that Ms. Putnam was hospitalized. In light of Ms. Putnam's current situation and the prior motion for extension of time having been stricken, Petitioner's counsel requests that this Court grant an additional 30 days to file the brief in support of the Petition for Habeas Corpus. Petitioner's counsel has spoken with Ms. Putnam via Francis Stewart, her clerk, and Ms. Putnam indicates that she has no opposition to this motion being granted.

WHEREFORE, Petitioner prays that this motion be granted and that the time period for filing his brief be extended for a period of 30 days from the date of this Court's order.

Respectfully submitted,

_____
Jodi Goodwin, Esq.
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar No: 00793835

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was personally delivered to the SAUSA, Lisa, Putnam, by hand delivery to USINS, 1709 Zoy Street, Harlingen, Texas 78550 on this the 12th day of November, 2002.

_____
Jodi Goodwin, Esq.