UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DOROTEO TAVIRA ) | |
| ) | |
| ) C.A. NO. B-02-096 | |
| ) | |
| versus ) | |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

After considering the pleadings, Petitioner's Unopposed Motion for Leave of Court to Late File Unopposed Motion for Extension of Time to File Brief in Support of Petition for Habeas Corpus should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Petitioner may file his Motion for Extension of Time to File Brief in Support of Petition for Habeas Corpus and the same will be considered by the Court.

Done on this the 14th day of November, 2002.

United States Magistrate Judge