UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DOROTEO TAVIRA ) | |
| ) | |
| ) | C.A. NO. B-02-096 |
| ) | |
| versus ) | |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

**ORDER**

After considering the pleadings, Petitioner's Unopposed Motion for Extension of Time to File Brief in Support of Petition for Habeas Corpus should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Petitioner has until thirty (30) days from the date of this order to file said brief.

Done on this the 14th day of November, 2002.

_____
United States Magistrate Judge