UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DOROTEO TAVIRA ) | |
| ) | |
| ) | C.A. NO. B-02-096 |
| ) | |
| versus ) | |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

**PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 21st, 2003, Magistrate Judge Felix Recio issued his Report and Recommendation with respect to Petitioner's petition for a writ of habeas corpus. A copy of the Report and Recommendation was received by the undersigned via fax on February 25th, 2003, however only three pages were received. After a phone call to the Clerk's office, the entire Report and Recommendation was faxed to the undersigned on February 26th, 2003.

The Report and Recommendation indicates that any and all objections should be filed within 10 days of receipt by counsel. The 10 days for the filing of the objections expired on Saturday, March 8, 2003, therefore the filing deadline for the objections was Monday, March 10, 2003.

On Tuesday, March 11, 2003, Lydia Villarreal phoned the undersigned to determine whether or not the undersigned had received a copy of the Report and Recommendation and whether or not any objections were contemplated. After reviewing the file, the undersigned determined that three objections were in order and immediately prepared said objections.

The failure to file the objections was due to the undersigns posting the filing deadline on

my calendar for a 20 day time period which is normally used for responses, instead of the 10 days time period called for in the Report and Recommendation. As soon as the error was discovered, the undersigned immediately acted to correct the error and file the objections.

The undersigned spoke with Special Assistant United States Attorney, Lisa Putnam, on march 11, 2003 to determine whether or not she would have any objections to this motion. She indicated that she did not.

Petitioner prays that this Motion be granted and that he be allowed to file his objections late and that said objections be considered by this court.

Respectfully submitted,

_____
Jodi Goodwin, Esq.
Law Office of Jodi Goodwin
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar: 00793835

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served upon Lisa Putnam, SAUSA, US INS, by hand delivery to her office located at 1709 Zoy Street, Harlingen, Texas, on this the 11th day of March, 2003.

_____
Jodi Goodwin, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DOROTEO TAVIRA ) <br> ) <br> ) <br> ) <br> versus ) <br> ) <br> E.M. TROMINSKI, INS DISTRICT ) <br>     DIRECTOR, and ) <br> JOHN ASHCROFT, UNITED STATES ) <br>     ATTORNEY GENERAL ) | C.A. NO. B-02-096 |

**ORDER**

After considering the pleadings, Petitioner's Unopposed Motion for Leave of Court to Late File Objections to the Magistrate Judge's Report and Recommendation should be and is hereby GRANTED

IT IS FURTHER ORDERED that Petitioner may file his Objections to the Magistrate Judge's Report and Recommendation and the same will be considered by the Court.

Done on this the _____ day of March, 2003.

_____
United States Magistrate Judge